DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREA M. FRIAS,**
Appellant,

v.

**JACK JAKOV ALFASI,**
Appellee.

No. 4D2024-0389

[January 8, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; L. Martz, Judge; L.T. Case No. 50-2009-DR-006884-XXXX-SB.

Natalie P. Mescolotto of NM Legal, P.A., Fort Lauderdale, for appellant.

Debi Gheorge-Alten of Debi Gheorge-Alten, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, JJ., and BELL, CAROLYN, Associate Judge concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***